UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  **FEB 07 2017**  ★

BROOKLYN OFFICE

DANIELLE DIGIACOMO,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

                              Plaintiff,

        v

PRESSLER AND PRESSLER, LLP,
SHELDON H. PRESSLER, GERARD J. FELT,
LAWRENCE J. MCDERMOTT, JR,  AND
DAVID B. WARSHAW

                        Defendants.

Civil Action, File No.
1:16-CV-01962

## STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

Defendants.

Dated:        February 2, 2017

/s/_____
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/_____
Michael J. Peters, Esq.
Pressler & Pressler, LLP
Attorneys For Defendants
7 Entin Road
Parsippany, NJ 07054

So Ordered:  s/KAM

Kiyo A. Matsumoto
U.S. District Judge

2\2\2017